**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ABDINUR EDIN,                          )<br>                    Petitioner,      )<br>                                        )<br>        v.                              )<br>                                        )<br>LEONARD ODDO, et. al.,                  )<br>                    Respondents.    ) | Civil No. 26-46 |

## ORDER OF COURT

AND NOW, this 15th day of April, 2026, upon consideration of the Petition for Writ of

Habeas Corpus (ECF No. 3) filed by petitioner Abdinur Edin ("Petitioner"); and the response in

opposition (ECF No. 9) filed by Leonard Oddo, et.al ("Respondents"):

Petitioner asserts that he is subject to discretionary detention pursuant to 8 U.S.C. §

1226(a) and not mandatory detention under § 1225(b)(2) and, therefore, that he is entitled to a

bond hearing.  Section 1226 applies to aliens who are "already present in the United States[,]"

*Jennings v. Rodriguez*, 583 U.S. 281, 303 (2018), while the mandatory detention provision of §

1225 governs detention of "applicants for admission" to the United States. *Bethancourt Soto v.

Soto*, No. 25-CV-16200, 2025 WL 2976572, at *2 (D.N.J. Oct. 22, 2025). The Court of Appeals

for the Third Circuit has not addressed this issue.  The court joins the other judges of this district

court in holding that § 1226(a), rather than the mandatory detention provision of § 1225(b),

applies to aliens similarly situated to Petitioner, who are not seeking admission at a port of entry

but rather are already present in the country. The court is aware of the contrary decisions reached

by the United States Court of Appeals for the Fifth Circuit in *Buenrostro-Mendez v. Bondi*, 166

F.4th 494 (5th Cir. 2026), and the Eighth Circuit in *Avila v. Bondi*, -- F.4th --, 2026 WL 819258

(8th Cir. March 25, 2026).  Petitioner's detention is governed by § 1226(a) and the court concludes that he has a statutory right to an individualized bond hearing.

IT IS HEREBY ORDERED that Petitioner's Petition for Writ of Habeas Corpus (ECF No. 3) is GRANTED IN PART and DENIED IN PART. It is GRANTED in that within ten (10) days of this Order, Petitioner must receive an individualized bond hearing before a neutral immigration judge pursuant to 8 U.S.C. § 1226. Within seven (7) days thereafter, the parties shall provide notice to the court of the outcome of the bond hearing. IT IS FURTHER ORDERED that the petition is DENIED to the extent it requests any additional relief.

The Clerk of Court is directed to mark this CASE CLOSED.

BY THE COURT:

/s/ Joy Flowers Conti
Joy Flowers Conti
Senior United States District Court Judge

cc:    ABDINUR A. EDIN
       A220-843-289
       MOSHANNON VALLEY PROCESSING CENTER
       555 GEO DRIVE
       PHILIPSBURG, PA 16866
       *(via first-class mail)*

2